LAW OFFICE

# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

February 12, 2008

VIA FACSIMILE ONLY TO
David Sean Dufek, Esq.
2655 Camino Del Rio North, Ste 110
San Diego, California 92108

**Re: Markowitz *v.* Dufek**
   <u>08 Civ. 256 (LTS) (GWG)</u>

Dear Mr. Dufek:

Thank you for your telephone call on February 11, 2008.

It is my understanding that you are representing yourself.

As such, enclosed please find an Initial Conference Order.

A Pre-trial conference is scheduled for April 18, 2008 at 10:00 a.m.

I am requesting your consent to adjourn the conference to a date in May.

Please advise.

Thank You,

Abraham Kleinman

## Fax Message Transmission Result to +1 (619) 299-1951 - Sent

**From** service@ringcentral.com (RingCentral)
**To** akleinman@solve360.com (ABRAHAM KLEINMAN)
**Cc**
**Date** Tuesday, February 12, 2008 02:38 PM

Here are the results of the 5-page fax you sent from your phone number 18885221692:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| DAVID SEAN DUFEK, ESQ. | +1 (619) 299-1951 | Tuesday, February 12, 2008 at 02:38 PM | Sent |

Thank you for using RingCentral.