# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT

MARKOWITZ )
               **Plaintiff(s)** )
                )
vs. )
                )   Case No. 08CIV0256
DAVID DUFEK )
             **Defendant(s)** )

I, _Michael Connell_, being first duly sworn, depose and say that I am and at all times herinafter mentioned was a competent person over the age of 21 years and not a party to or an attorney in the above entitled cause. The following is the list of documents I received:

**SUMMONS AND COMPLAINT;**

The foregoing documents were served on:
**DAVID SEAN DUFEK**

By personally delivering to _David Sean Dufek_, a copy of said documents at _2655 Camino Del Rio North, 110 San Diego, CA 92108_, State of _California_, on _1/28/08_ at _3:55 PM_. That each copy of said documents so served was duly certified to be a true copy of the original thereof.

I Declare under penalty of perjury under the laws of the State of _California_, that the foregoing is true and correct.

Executed this _8th_ day of _February_, 2008, in _San Diego_.

_____
Signature of Server

_Michael Connell_
Type Name of Server

**ADVANCED ATTORNEY SERVICE**
3500 Fifth Avenue, #202
San Diego, CA 92103
Phone (619) 299-2012

**CERTIFICATE OF ACKNOWLEDGEMENT**
State of: _California_.
County of: _San Diego_.

Subscribed and sworn to (or affirmed) before me on this _8th_ day of _February_, 20_08_, by _Michael Connell_, personally known to me or proved to me on the basis of satisfactory evidence to the person(s) who appeared before me.

CHRISTINE O. LUDWIG
Commission # 1575460
Notary Public - California
San Diego County
My Comm. Expires May 2, 2009

_____
Notary's Signature

342/0P124849-01/AFFIDAVIT OF SERVICE