```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
DELIA A. MARKOWITZ, on behalf
of herself and all others similarly situated,
                Plaintiff,

                08 Civ. 256 (LTS)(GWG)

    -against-

**Order Designating Case to Non-ECF Status**

DAVID SEAN DUFEK,
                Defendant.
-------------------------------------------------------------

## ORDER

Due to the fact that Defendant is proceeding pro se in the above-captioned action, it is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, counsel shall submit documents to this Court's Cashier's Office and Defendant shall submit documents to this Court's Pro Se Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court, that is, by mail or personal service, with courtesy copies provided for Chambers.

In light of the change in status of this case and Defendant's previous attempts to file an answer in this action, Defendant's time to serve and file an answer is extended to April 10, 2008.

SO ORDERED.

                                          LAURA TAYLOR SWAIN
                                          United States District Judge

Dated:
       New York, New York
       April 1, 2008

Copies mailed/faxed to _pla's counsel & pro se deft._
Chambers of Judge Swain  4-2-08