From: ABRAHAM KLEINMA Fax: +1 (888) 522-1692
To: HO. LAURA TAYLOR S Fax: +1 (212) 805-0426

LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 8 2008

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

April 7, 2008

**VIA FACSIMILE ONLY TO**
**(212) 805-0426**
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

Re: Markowitz v. Dufek
1:08-cv-00256-LTS

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. D[...]

Dear Judge Swain:

An Initial Conference is scheduled before Your Honor on April 18, 2008.

I represent the Plaintiff.

I am writing Your Honor with the consent of my adversary, who is appearing *pro se*, to request a new Initial Conference date.

I am scheduled to be overseas for the Passover Holiday on April 18, 2008.

My adversary resides in California and requests a June date. Plaintiff is agreeable to a June date, with the Court's permission.

Respectfully submitted,

Abraham Kleinman

cc: David Sean Dufek, Esq.
    via facsimile to
    (619) 299-1951

The conference is adjourned to June 20, 2008, at 12:00pm noon and the related deadlines are modified accordingly.

SO ORDERED.

4/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE