## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via facsimile on April 8, 2008 to:

David S. Dufek, Esq., at fax number (619) 299-1951.

A confirmation indicates that the fax was sent at 12:37 PM.

Dated at Uniondale, New York, this 11th day of April 2008.

_____
Abraham Kleinman

LAW OFFICE
## KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

April 7, 2008

VIA FACSIMILE ONLY TO
(212) 805-0426
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

Re: Markowitz v. Dufek
1:08-cv-00256-LTS

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. D...

Dear Judge Swain:

An Initial Conference is scheduled before Your Honor on April 18, 2008.

I represent the Plaintiff.

I am writing Your Honor with the consent of my adversary, who is appearing pro se, to request a new Initial Conference date.

I am scheduled to be overseas for the Passover Holiday on April 18, 2008.

My adversary resides in California and requests a June date. Plaintiff is agreeable to a June date, with the Court's permission.

Respectfully submitted,

Abraham Kleinman

cc: David Sean Dufek, Esq.
via facsimile to
(619) 299-1951

The conference is adjourned to June 20, 2008, at 2:00 pm noon and the related deadlines are modified accordingly.

SO ORDERED.

LAURA TAYLOR SWAIN  4/8/08
UNITED STATES DISTRICT JUDGE

**Fax Message Transmission Result - All Sent**

**From** service@ringcentral.com (RingCentral)
**To** akleinman@solve360.com (ABRAHAM KLEINMAN)
**Cc**
**Date** Tuesday, April 08, 2008 11:38 AM

Here are the results of the 2-page fax you sent from your phone number (888) 522-1692:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| ABRAHAM KLEINMAN | +1 (888) 522-1692 | Tuesday, April 08, 2008 at 12:38 PM | Sent |
| DAVID S. DUFEK, ESQ. | +1 (619) 299-1951 | Tuesday, April 08, 2008 at 12:37 PM | Sent |

Thank you for using RingCentral.