LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2631

FACSIMILE
(888) 522-1692

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 6 2008

June 13, 2008

**VIA FACSIMILE ONLY TO**
**(212) 805-0426**
Hon. Laura Taylor Swain
US Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: **Markowitz v. David Sean Dufek**
    **Case 1:08-cv-00256-LTS**

Dear Judge Swain:

I represent the Plaintiff in the Markowitz v. Dufek matter.

A Conference is presently scheduled for Friday, June 20, 2008 before Your Honor.

I am faxing the Court, with permission, to notify the Court that the parties have reached a Settlement.

I respectfully request cancellation of the June 20, 2008 Conference.

The parties are in the process of negotiating a Release and plan to issue a Discontinuance within 30 days.

*The conference is cancelled and a 30 day order will be entered.*

Respectfully Submitted,

Abraham Kleinman
cc: David Sean Dufek
    via facsimile to (619) 299-1951

SO ORDERED.

6/16/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE